# Supreme Court of Louisiana

FOR IMMEDIATE NEWS RELEASE

NEWS RELEASE #035

FROM: CLERK OF SUPREME COURT OF LOUISIANA

The Opinions handed down on the **1st day of July, 2014**, are as follows:

**PER CURIAM**:

2011-OB-1973    IN RE: COMMITTEE ON BAR ADMISSIONS CFN-8920

Accordingly, it is ordered that the application for admission be and hereby is denied.

HUGHES, J., dissents and would grant admission.

SUPREME COURT OF LOUISIANA

NO. 11-OB-1973

IN RE: COMMITTEE ON BAR ADMISSIONS CFN-8920

ON APPLICATION FOR ADMISSION TO THE BAR

PER CURIAM

This court previously denied petitioner's application for admission to the practice of law based on character and fitness concerns. In the instant application, petitioner has again sought admission.

We remanded the matter to the Committee on Bar Admissions Panel on Character and Fitness to conduct an investigation and appointed a commissioner to take character and fitness evidence. Following the proceedings, the commissioner filed his report with this court, recommending petitioner be admitted to the practice of law. The Committee objected to that recommendation, and oral argument was conducted before this court pursuant to Supreme Court Rule XVII, § 9(D)(11).

After hearing oral argument, reviewing the evidence, and considering the law, we conclude petitioner has failed to meet his burden of proving that he has "good moral character" to be admitted to the Louisiana State Bar Association. *See* Supreme Court Rule XVII, § 5(E). In particular, we find petitioner has not produced clear and convincing evidence that his character has been rehabilitated from the long record of serious misconduct which prompted us to deny his first application for admission. Based upon this finding, we conclude petitioner does not possess the requisite good moral character to practice law in Louisiana.

Accordingly, it is ordered that the application for admission be and hereby is denied.

**ADMISSION DENIED.**

**SUPREME COURT OF LOUISIANA**

**No. 2011-OB-1973**

**IN RE: COMMITTEE ON BAR ADMISSION
CFN-8920**

**HUGHES, J., dissenting.**

I respectfully dissent and would grant admission.